IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 04-09709 ESL

Chapter 13

MIRELLA RIVERA AGOSTO

XXX-XX-6914

FILED & ENTERED ON 02/13/2006

Debtor(s)

## ORDER DISMISSING CASE

The motion to dismiss filed by Scotiabank de Puerto Rico (docket #20) having been duly notified to all parties in interest, and no replies having been filed, it is now

ORDERED, ADJUDGED AND DECREED that the instant case be and is hereby dismissed for the reasons stated in the motion to dismiss; and it is further

ORDERED, ADJUDGED AND DECREED that the Clerk closes any contested matter or adversary proceeding pending in the instant case.

SO ORDERED.

San Juan, Puerto Rico, this 13 day of February, 2006.

ENRIQUE S. LAMOUTTE INCLAN
U. S. Bankruptcy Judge

C:    All creditors
      F/up